COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Cheniere Energy, Inc.

Appellate case number:   01-14-00883-CV

Trial court case number:  2013-12735

Trial court:                     151st District Court of Harris County

      The Court **REQUESTS** a response from Real Party in Interest, Azin Lotfi, to the petition for writ of mandamus.  The response, if any, is due 20 days from the date of this order.

      It is so ORDERED.

Judge's signature: __/s/ Harvey Brown
                     X  Acting individually     ☐  Acting for the Court

Date:  November 3, 2014